CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7110
    Email: Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  3-26-MJ-70806 MAG |
| Plaintiff, | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | ) |
| BRANDON CHAD WHITFIELD, | ) |
| Defendant. | ) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on Thursday, June 4, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the District of Oregon, Case Number 26-CR-00096-AB.

In that case (copy of indictment attached), the defendant is charged with a violation of Title 18, United States Code, Section 1791(a)(1) (Providing Contraband in Prison).

///

v. 8/29/2025

It is alleged that, on or about September 1, 2024, in the District of Oregon, the defendant and others provided a prohibited object (namely, Suboxone, a Schedule III controlled substance) to inmates of FCI Sheridan, a Federal correctional, detention, and penal facility—all in violation of Title 18, United States Code, Section l79l(a)(l).

The maximum penalties for this offense are as follows:

- 5 years of imprisonment (18 U.S.C. § 1791(b)(3));
- $250,000 fine (18 U.S.C. § 3571(b)(3));
- 3 years of supervised release (18 U.S.C. § 3583(b)(2)); and
- $100 mandatory special assessment (18 U.S.C. § 3013(a)(2)(A)).

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: June 8, 2026

   /s/                    
GALEN A. PHILLIPS
Assistant United States Attorney

v. 8/29/2025

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America<br>v. | )<br>) |
| | )    Case No.    3:26-cr-00096-AB-04 |
| | ) |
| | ) |
| BRANDON WHITFIELD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BRANDON CHAD WHITFIELD                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

 Providing Contraband in Prison, in violation of Title 18, United States Code, Section 1791(a)(1).

Date:      04/17/2026

_____
*Issuing officer's signature*

City and state:      Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:      _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FILED 15 APR '26 11:33 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:26-cr- 00096 -AB |
| v. | **INDICTMENT** |
|  | 18 U.S.C. §§ 1791(a)(1) |
| BRANDON WHITFIELD, | |
| Defendants. | <u>UNDER SEAL</u> |

### THE GRAND JURY CHARGES:

### <u>Count 1</u>
### (Providing Contraband in Prison)
### (18 U.S.C. § 1791(a)(1))

On or about January 21, 2025, in the District of Oregon, defendants  , provided, and attempted to provide, a prohibited object, to wit: Synthetic Cannabinoid, a Schedule I controlled substance, eleven cell phones, and various electronic devices, to inmates of FCI Sheridan, a Federal correctional, detention and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

/ / /

/ / /

**Indictment**                                                                 **Page 1**

## Count 2
### (Providing Contraband in Prison)
### (18 U.S.C. § 1791(a)(1))

On or about September 1, 2024, in the District of Oregon, defendants **BRANDON**

**WHITFIELD,** REDACTED , provided a

prohibited object, to wit: Suboxone, a Schedule III controlled substance, to inmates of

FCI Sheridan, a Federal correctional, detention, and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

DATED: April 14 , 2026.                    A TRUE BILL.

OFFICIATING PERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ELIZA CARMEN RODRIGUEZ
Assistant United States Attorney

**Indictment**                                                                                 **Page 2**